IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 02-157 |
| SEMION MOGILEVICH ET AL. | : | |

WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of former Assistant United States Attorneys JENNIFER A. WILLIAMS and SUZANNE B. ERCOLE on behalf of the United States of America.

DAVID METCALF
UNITED STATES ATTORNEY

________________________________
JEROME M. MAIATICO
Assistant United States Attorney